COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

United States District Court
Southern District of Texas
FILED

MAR 02 2000

MICHAEL N. MILBY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF TEXAS
Corpus Christi DIVISION

Dorrick Webster # 607073
Plaintiff's name and ID Number

McConnell Unit
Place of Confinement

CASE NO. C 00 098
(Clerk will assign the number)

v.

N. Jackson 3001 S. Emily Beeville, TX 78102
Defendant's name and address

A. Garcia 3001 S. Emily Beeville, TX 78102
Defendant's name and address

W. A. Hodge 3001 S. Emily Beeville, TX 78102
Defendant's name and address
( DO NOT USE "ET AL.")

B. C. Ybarra 3001 S. Emily Beeville, TX 78102
Defendant's name and address

I. **PREVIOUS LAWSUITS:**

A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?   ✓ YES ___ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: Around June, 1999

2. Parties to previous lawsuit:

    Plaintiff(s) Dorrick Webster # 607073

    Defendant(s) W. A. Boothe     B. Crites

3. Court (If federal, name the district; if state, name the county) Corpus

4. Docket Number: C-99-211

5. Name of judge to whom case was assigned: B. Janice Ellington

6. Disposition: (Was the case dismissed, appealed, still pending?) Still pending

7. Approximate date of disposition: n/a

ATC1983 (Rev. 04/98)            2

II. PLACE OF PRESENT CONFINEMENT: _McConnell Unit_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution? ✓ YES __ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Derrick Webster # 607073 McConnell Unit 3001 S. Emily Beeville, Texas 78102_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _N. Jackson Major McConnell Unit 3001 S. Emily Beeville, TX 78102_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Deliberate indifference Cruel and unusual punishment_

Defendant #2 _W. A. Hodge Asst. Warden McConnell unit 3001 S. Emily Beeville, TX 78102_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Deliberate indifference Cruel and unusual punishment_

Defendant #3: _A. Garcia CoIII. 3001 S. Emily Beeville, TX 78102_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Deliberate indifference Cruel and unusual punishment_

Defendant #4: _R. C. Ybarra CoIII. 3001 S. Emily Beeville, TX 78102_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Deliberate indifference Cruel and unusual punishment_

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

1. _I filed This claim under Deliberate indifference Cruel and unusual punishment against all 4 defendants W. A. Hodge Asst. Warden →_

ATC1983 (Rev.04/98)   3

Ad-Seg. I Derrick Webster submitted a I-60 to Mr. Hodge on 2-3-2000 stating that while being escorted from medical to my cell block F-Pod I was shot at by another inmate. I never received any respond back from Mr. Hodge not returning my complaint requesting to be moved. Now come on the 9th day of february 2000 I was shot in my left shoulder with a deadly weapon. A spear gun by inmate M. Martinez while I was being escorted from medical 12-Building F-Pod about 8:45 am The weapon penetrated 4 inches causing great pain and lost of blood. W.A. Hodge ignored my complaint violating my rights.

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm requesting money damages compensatory and punitive damages for physical injury and mental stress anguish.

VII. **BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Derrick Webster

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

607073

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  \_\_\_YES  ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): \_\_N/A\_\_
   2. Case Number: \_\_N/A\_\_
   3. Approximate date sanctions were imposed: \_\_N/A\_\_
   4. Have the sanctions been lifted or otherwise satisfied? \_\_YES ✓ NO

C. Has any court ever warned or notified you that sanctions could be imposed? \_\_YES ✓ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

# STATEMENT OF CLAIM

2. MAJOR N. JACKSON: MR. JACKSON has already been aware of the fact that I've been having a problem with M. MARTINEZ since I've spoke with him around November, 1999 after submitting in several I-60's to him about being moved concerning my life being in danger. Mr. Jackson took down all my information as though he was concern. I ask Mr. Jackson why he would never answer my complaints, he stated its not a law that say he has to answer I-60. Mr. Jackson send me back to my housing assignment. While waiting on Mr. Jackson to take action the bold matter was ignored. On the 9th day of February, 2000 8:45 AM while I Dorrick Webster was being escorted from medical M. Martinez shot me in the left arm with an 5 to 6 inch spear made of steal mettle 12-Bldg F-Pod. Causing great pain and lost of blood. Mr. Jackson ignored my complaint violating my rights for protection.

3. CO II. A. GARCIA On the 9th day of February, 2000 8:45 AM 12-Bldg F-Pod while I was being escorted to my housing assignment by officer Garcia before we enter the Pod I told Mr. Garcia that I have an enemy in E-Section Dayroom whose trying to shoot me, but Mr. Garcia said he won't let me act shot. I request for a blocking shield but Mr. Garcia insist that I walk with him while he held my left arm. As we got to the gate way this other inmate M. Martinez held up a spear gun with a long paper pole on the end of the spear aiming at me, but long as I was at the gate way I was safe it way too difficult for him to shoot me. As we stood there for 10 minutes waiting on Garcia co-worker to come back with the shield Mr. Garcia got impation an decided to make a run for it "which I told him it will be safe to stay in this position until the blocking shield come". Mr. Garcia than held my left arm an pulled me along from the gate way which I had no other choice but to run with him. Inmate Martinez shot the spear hiting me in the left arm causing great pain and lost of blood. While Mr. was trying to move around me he ran in to the weapon in my arm forcing it to pull out causing more pain. I was taken to infomary for medical aid and to take an technical shot for infection. Mr. took matter in to his own hadds causing me to get injured by M. Martinez refusing to get the shield as I request at first violating my rights.

# STATEMENT OF CLAIM

4. CO III. Officer R.C. Ybarra on the 9th day of February, 2000 12-Bws 8:45am F-Pod while I Derrick Webster was being escorted also by Mr. Ybarra I told him too that there's an inmate in E-dayroom who wants to hurt me with a spear. I request for Mr. Ybarra to go get a blocken shield but he refused stating that "No one is out to hurt you so keep stepping." As we enter the F-pod approaching E-Section gateway, M. Martinez held up a spear gun but Mr. Ybarra did not try to talk to Martinez instead he ran stating "I'll be back with the shield". I stood by the gateway with Ybarra Co-worker for 10 minutes still Mr. Ybarra haven't showed up with the shield. After I was already shot and bleeding Mr. Ybarra arrived out of no where but still no shield. Mr. Ybarra ignored my allegation before entering on the F-pod also he refused to arrive back with the blocking shield. He has also violated my rights.

the same questions.)

1. Court that imposed warning (if federal, give the district and division): ___NA___
2. Case Number: ___NA___
3. Approximate date warnings were imposed: ___NA___

Executed on: 2-17-2000
              (DATE)

_Derrick Webster_
_Derrick Webster_
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this ___17th___ day of ___February___, 19 ___2000___.
              (Day)              (month)               (year)

_Derrick Webster_
_Derrick Webster_
(Signature of plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

ATC1983 (Rev.04/98)                    5