```
                                              United States District Court
                                              Southern District of Texas
                                                       FILED

                                                   MAR 0 2 2000

                                              MICHAEL N. MILBY CLERK

                                              C    00    098
```

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        02/17/00
ML18/SEN9611              IN-FORMA-PAUPERIS DATA                  12:02:36
TDCJ#: 00607073 SID#: 03553567 LOCATION: MCCONNELL   INDIGENT DTE: 08/09/96
NAME: WEBSTER,DERRICK               BEGINNING PERIOD: 08/01/99
PREVIOUS TDCJ NUMBERS: 00404123
CURRENT BAL:        0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:      0.00
6MTH DEP:           0.00 6MTH AVG BAL:        0.00 6MTH AVG DEP:      0.00
MONTH HIGHEST BALANCE TOTAL  DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/00      0.00              0.00        10/99      0.00              0.00
12/99      0.00              0.00        09/99      0.00              0.00
11/99      0.00              0.00        08/99      0.00              0.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION


STATE OF TEXAS, COUNTY OF _Bee_
ON THIS THE _17th_ DAY OF _Feb._, _2000_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____    OR SID NUMBER: _____
```

*[Notary seal: JULIA Z. LOPEZ, NOTARY PUBLIC, STATE OF TEXAS, My Commission Expires 09-13-2002]*