IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Corpus Christi_ DIVISION

United States District Cou...
Southern District of T...
FILED
MAR 13 2000
MICHAEL N. MILB... CLERK

_Derrick Webster #607073_
Plaintiff's name and ID Number

_McConnell Unit_
Place of Confinement

CASE NO. _C-00-98_
(Clerk will assign the number)

v.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

_N. Jackson 3001 S. Emily Beeville TX 78102_
Defendant's name and address

I, _____, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment      Yes☐ No☑
   b. Rent payments, interest or dividends?             Yes☐ No☑
   c. Pensions, annuities or life insurance payments?   Yes☐ No☑
   d. Gifts or inheritances?                            Yes☐ No☑
   e. Family or friends?                                Yes☐ No☑
   f. Any other sources?                                Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _NA_
   _NA_

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐     No☑
   If you answered YES, state the total value of the items owned.

   _NA_
   _NA_

6.1

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐          No ☒

If you answered YES, describe the property and state its approximate value.

_____ NA _____
_____ NA _____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __8th__ day of __March__, __2000__

_Derrick Webster_ #607023
Signature of Plaintiff      ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        03/08/00
ML18/SEN9611              IN-FORMA-PAUPERIS DATA                  13:06:26
TDCJ#: 00607073 SID#: 03553567 LOCATION: MCCONNELL    INDIGENT DTE: 08/09/96
NAME: WEBSTER,DERRICK                      BEGINNING PERIOD: 09/01/99
PREVIOUS TDCJ NUMBERS: 00404123
CURRENT BAL:         0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:      0.00
6MTH DEP:            0.00 6MTH AVG BAL:        0.00 6MTH AVG DEP:      0.00
MONTH HIGHEST BALANCE TOTAL  DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
02/00      0.00              0.00       11/99      0.00              0.00
01/00      0.00              0.00       10/99      0.00              0.00
12/99      0.00              0.00       09/99      0.00              0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF _Bee_
ON THIS THE _8th_ DAY OF _March_, _2000_ I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

JULIA Z. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-13-2002