In The United States District Court
For The Southern District of Texas
Corpus Christi Division

Darrick Webster
Plaintiff

VS.                                 Civil Action No. CA-C-00-98

N. Jackson, ET AL,.
Defendant

Plaintiff's Motion of Notice to
The Court

To The Honorable Judge of Said Court:

I. The Plaintiff Darrick Webster, filed this motion of notice to the Court concerning the following matter:

1. I Received an initial Partial Filing Fee order from The Court on April 7, 2000 which indicating me to pay Partial Filing Fee within 30 days.

2. I've filed an Application for leave to proceed in forma Pauperis in which the Court has considered in light of PLRA. Approving my application.

13.

3. I've sent to an inmate account balance printout to the court which shows that I have no money to pay. Therefore I've showed good effort to the court that I've been indigent for over 6 months.

4. By showing of my inmate account balance my case should not be dismissed for any reason other than as frivolous or malicious.

Respectfully Submitted,

Derrick Webster

Derrick Webster, Plaintiff
Attorney in charge.
McConnell Unit
3001 S. Emily
Beeville, Texas 78102

# CERTIFICATE OF SERVICE

I, Dorrick Webster, Plaintiff Attorney in Charge, do hereby certify that a true and correct copy of the above and foregoing plaintiff's Motion of Notice to the Court, has been served by placing same in the united states mail, postage prepaid, on this the 10th day of April 2000. Address To:

Clerk of Court
U.S. District Court
Southern District of Texas
521 Starr Street, Room 101
Corpus Christi, Texas 78401

_Dorrick Webster_
Dorrick Webster, Plaintiff
Attorney in Charge