# AFFIDAVIT

00-98

United States District Court
Southern District of Texas
FILED

APR 17 2000

Michael N. Milby, Clerk of Court

The State of Texas
  County of Bee

Before me, The undersigned Authority. Personally Appeard who being duly Sworn by me. deposed As follows:

My name is Derrick Webster, I am of Sound mind, Capable of making this affidavit and personally Acquainted with the facts herein Stated.        I am The plaintiff who filed an Complaint against the defendants and this affidavit is to Support my motion for appointment of Attorney.

1. This Situation is a matter of justic to be Served As to my life being in danger here on the Mc Connell unit Ad-Seg.

2. This matter has Already been Aware of as to the Prison Authority Attention for as to keep me and inmate M. Martinez Seperated, But the defendants fail to do so.

3. After talking to Major N. Jackson by Requesting an I-60 I was call to his office as to my Allegation About me being shot Already by this inmate M. Martinez on may 11. 1999 F-Pod.    Mr. Jackson told me that he will look into the matter.   But Mr. Jackson fail to take Step to protect me. I was Shot for the 3rd time by the Same inmate on the 9th day of February. 2000.

14.

4. The two officers CO.III. As defendants A. Garcia and B.C Ybarra on the 9th day of February, 2000 did not take proper step to protect me from being harm by M. Martinez.

5. While being held up in a corner by M. Martinez with a spear gun pointing at my head. Officer B.C Ybarra pretend that he was going to get a blocking shield inwhich he should have already had before we inter the F-Pod when in fact I told both officers that there were an inmate on my section out to hurt me but the two officers ignored my statement.

6. Officer CO.III. A. Garcia took matter in his own hand instead of waiting on Rank official to arrive he decided that we both make a run for it only being concern about his safety. As Garcia pulled me alone with him to run for another cover when in fact we were already safe for the time being until the shield arrived. But me. Garcia insist that we make a run for it is the reason I got shot with a 5 to 6 inch spear causing great pain in my left shoulder a losing blood.

7. I fear my life being here on the M'Connell unit and I can only pray that justic be served so it don't cause an death situation.

Denrich Webster
Affiant

Sworn to and subscibed before me on the 12th day of April 2000

IN The united states District court
Southern District of Texas
Corpus christi Division

United States District Court
Southern District of Texas
FILED

APR 1 7 2000

Michael N. Milby, Clerk of Court

DERRICK Webster
_____
   Plaintiff

VS.                              CiviL Action No. C-00-98

N. JACKSON _____, ET AL,,
Defendant

## Plaintiff's Motion For Appointment of Attorney

To The Honorable Judge of Said Court:

Comes now I, The Plaintiff Derrick Webster, who Respect-
fully Moves This Honorable Court to grant this Motion For
Appointment of Attorney to Represent I, The plaintiff,
Pursuant to Rule 2255 273 F.2d At 778 1976 And Would
Show the following:

1.   This case is very serious And it is too complicated As
     to my Acknowledgement of the law concerning EA As 3.9
     adverage educational skills.

2.   I, As Plaintiff has Already tried Representing my self As Attorney
     And had fail to fully understand state And federal law.

3. The issues involved in this case is Complied.

4. There are many instrument are filed in the papers of this cause that require an attorney to handle and I am only an inmate with no attorney skills.

5. This case is more than an complex matter and it will be useless as of I the plaintiff on my behalf if I am forced to represent myself which would be an unfare trial.

6. The ends of justic would best be served in this case if an attorney was appointed to represent me as plaintiff.

WHEREFORE PREMISES CONSIDERED Complaintant Respectfully prays that an attorney be appointed in all things WHEREFORE so prayed

Respectfully Submitted,

Derrick Webster

Derrick Webster, Plaintiff
Mc Connell Unit
3001 S. Emily
Beeville, Texas 78102

# CERTIFICATE OF SERVICE

I. The plaintiff Derrick Webster, do hereby certify that A true and correct copy of the foregoing plaintiff's motion for appointment of Attorney, has been served by placing same in the united states mail, postage prepaid, on this the 12th day of APRIL, 2000 Address To:

Clerk of court
U.S. District court
Southern District of Texas
521 STARR Street. Room 101
Corpus Christi, Texas 78401

Derrick Webster, Plaintiff