# United States District Court

Southern _____ DISTRICT OF _____ Texas

Corpus Christi Division

00 APR 13 PM 12:43

Derrick Webster

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: C-00-98-1

N. Jackson, et. al.

United States District Court
Southern District of Texas
FILED

MAY 1 1 2000

MICHAEL N. MILBY CLERK

**TO:** (Name and address of defendant)

Major N. Jackson, A. Garcia, W.A. Hodge, B.C. Ybarra
c/o Andy Taylor, First Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX  78711-2548

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Derrick Webster #607073
McConnell Unit
3001 S. Emily Drive
Beeville, TX  78102

an answer to the complaint which is herewith served upon you, within _____ 45 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                April 13, 2000
CLERK                                           DATE

(BY) DEPUTY CLERK

16.

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): MAILED CERTIFIED MAIL ON: 4/17/00
CERTIFIED MAIL # 2149 739 041
RETURN RECEIPT DATED: 4/19/00

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/19/00
                Date

Signature of Server: [signed] M. Kiddull

Address of Server: 521 STAN, C.C, TX. 78401

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.