IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Cou[rt]
Southern District of Tex[as]
FILED
MAY 24 2000
MICHAEL N. MILBY CLERK

| | |
|---|---|
| DERRICK WEBSTER, TDCJ #607073, § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> N. JACKSON, ET AL., § <br> **Defendants.** § | Civil Action No. CA NO. C-000-98 |

### *AMICUS* OFFICE OF ATTORNEY GENERAL'S NOTICE TO THE COURT SUBMITTED UNDER SEAL

**NOW COMES** the Office of the Attorney General of Texas, as *amicus curiae*, and submits the following Notice:

This Court has ordered Weldon Hodge, Norris Jackson, Rodney Ybarra and Arturo Garcia to answer the allegations Plaintiff has made in this lawsuit. The Attorney General's Office has obtained the necessary paperwork for all of these people except for Arturo Garcia, who did not respond to the Attorney General's correspondence. Arturo Garcia no longer works for TDCJ. An answer on behalf of everyone except Arturo Garcia has been filed.

The last known address for Arturo Garcia is attached as Attachment A.

This **Notice to the Court** contains sensitive information which the Plaintiff should not have. The residential addresses of a former TDCJ employee is information that is protected from dissemination to inmates both under the Omnibus Consolidated and Emergency Supplemental Appropriations Act, 1999, Pub. L. No. 105-277, § 127(2), 112 Stat. 2681 and the Texas Civil Practice and Remedies Code § 30.010. Consequently, the Office of the Attorney General is serving a copy of this document upon Plaintiff without Attachment A, which contains the last known address for Arturo Garcia, and prays that this Court will **order** its Clerk to redact the information provided herein from any future dissemination of this **Notice to the Court**.

1

**WHEREFORE, PREMISES CONSIDERED,** the Office of the Attorney General respectfully submits this Notice to the Court and requests that Arturo Garcia's last known residential address not be provided to Plaintiff.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General for Criminal Justice

LOUIS V. CARRILLO
Assistant Attorney General
Chief, Law Enforcement Defense Division

_____
GERARD R. RAWLS
Assistant Attorney General
Attorney-in-Charge
State Bar No. 90001974

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 495-9139 FAX

ATTORNEYS FOR DEFENDANTS
HODGE, JACKSON AND YBARRA

2

## CERTIFICATE OF SERVICE

I, GERARD R. RAWLS, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of this *Amicus* **Office of Attorney General's Notice to the Court Submitted Under Seal**, except for Attachment A, has been served by placing same in the U.S. Mail on this 22nd day of May, 2000, addressed as follows:

Derrick Webster, TDCJ #607073
McConnell Unit
3001 S. Emily Drive
Beeville, TX 78102

GERARD R. RAWLS
Assistant Attorney General

3