In The United States District Court
For the Southern District of Texas
Corpus Christi Division

Derrick Webster
Plaintiff

VS.   Civil Action No. CA-C-00-98

N. Jackson, Et. Al.,
Defendant

## Plaintiff's Motion Demanding Trial Without A Jury

To The Honorable Judge of Said Court:

Comes now I, The Plaintiff Derrick Webster, Attorney in charge. Demand trial without a Jury pursuant to Rule 23 (C). Finding by the Court:

1. I, The Plaintiff demands trial without a Jury as to the Judgment on partial Findings.

2. I The plaintiff demands trial without a Jury base on the Court's Judgment as a matter of law

3. I The plaintiff do not wish to be trial before an magistrate Judge.

United States District Court
Southern District of Texas
FILED
MAY 30 2000
MICHAEL N. MILBY, CLERK

19.

Respectfully submitted,

*Derrick Webster*

Derrick Webster, Plaintiff
Attorney in Charge.
McConnell Unit 3001 S. Emily
Beeville, Texas 78102

## CERTIFICATE OF SERVICE

I, Derrick Webster, Plaintiff Attorney in Charge, do hereby certify that a true and correct copy of the above and forgoing plaintiff's motion demanding trial without a Jury, has been served by placing same in the united States mail, postage prepaid, on this the 25th day of May 2000, address to:

U.S. District Clerk
Southern District of Texas
521 Starr Street Room 101
Corpus Christi, Texas 78401

*Derrick Webster*
Derrick Webster,
Plaintiff Attorney in charge