IN The United States District Court
For The Southern District of Texas
Corpus Christi Division

Derrick Webster
_____
Plaintiff

United States District Cr
Southern District of T... .s
FILED

MAY 3 0 2000

MICHAEL N. MILD...

VS.                              Civil Action No. CA-C-00-98

N. Jackson
_____        ET. AL.,
Defendant

## Plaintiff's Motion For Relief From Prejudicial Joinder

To The Honorable Judge of Said Court:

Now comes The plaintiff Attorney in Charge I, Derrick Webster, who has filed motion for Relief From Prejudicial Joinder as to Rule 14, 15 and 16 as follow:

1. It has appears that the defendants or State Attorney general is prejudiced by a joinder of defendant in an indictment or information or by such joinder for trial together. who appears to be defendant A. Garcia who is a party and witness to this lawsuit.

2v.

2. I The Plaintiff Ask the court to order an election and grant a severance of the defendants.

3. I The Plaintiff Ask the court to order the defendant's Attorney For the government to deliver to the court for inspection in camera any statements or confessions made by defendant A. Garcia ("who has not met the dead line to my complaint.") in which The government intends to introduce in evidence at the trial.

4. It is in the interest of justice that the testimony of a prospective witness of a party be taken and preserved for use at trial.

5. I The Plaintiff Ask the court to order that testimony of such witness be taken by deposition And that any designate Book, paper, document, Record Recording be produced At the same time and place.

6. I The plaintiff Ask the court pursuant to Section 3144 of title 18, united states code. (b) (c) (d) (e) and (1) (2), to direct that the defendant A. Garcia deposition be taken if the defendant is detained.

7. As The Basic of this lawsuit And to All four (4) defendants deposition in evidence by a party. An adverse party may Require the offering of All of it which is Relevant to the part offered and any party may offer other parts. Rule 16 (F) (G).

WHEREFORE PREMISE CONSidered Complaintant Respectfully prays that This Motion For Relief From prejudicial Joinder be granted in All things wherefore So prayed.

Respectfully Submitted,

Derrick Webster, Plaintiff
Attorney in Charge.
Mc Connell Unit 3001 S. Emily
Beeville, Texas 78102

# CERTIFICATE OF SERVICE

I, Derrick Webster, Plaintiff Attorney in charge, do hereby certify that a true and correct copy of the above and foregoing plaintiff's Motion For Relief From prejudicial joinder, has been served by placing same in the United States mail, postage prepaid, on this the 25th day of may 2000, Address to:

U.S. District Clerk of Court
Southern District of Texas
   521 Starr Street Room 101
Corpus Christi, Texas 78401

Derrick Webster, Plaintiff
Attorney in charge