United States District Court
Southern District of Texas
ENTERED
JUN 0 6 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DERRICK WEBSTER | § § | |
| V. | § | C.A. NO. C-00-98 |
| N. JACKSON, ET AL. | § § | |

## SUPPLEMENTAL ORDER FOR SERVICE OF PROCESS

With respect to the above-styled cause of action, it is ordered:

1. **The Clerk of the Court shall issue summons and the U.S. Marshal shall serve copies of the complaint (Instrument #1) and this order upon Arturo Garcia. The U.S. Marshal shall obtain defendant's last known address which has been provided under seal (Instrument #18). Service should be completed upon defendant Garcia in such a manner that his/her address for service of process is not published to any person in any manner, including as part of the appellate record.**

2. Defendant shall file his/her answer within thirty (30) days of receipt of the complaint. In the answer, defendant shall respond separately to each and every factual and legal allegation in plaintiff's complaint. Defendant shall file any dispositive motions, including a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure, within one hundred and twenty (120) days after the date that defendant's answer is due. Defendant shall submit, with a business records affidavit, copies of any documents relevant to plaintiff's claims and defendant's defenses, including copies of any written TDCJ-ID rules or written unit rules relevant to the alleged events forming the basis of this lawsuit. If defendant fails to file any motions for dismissal and/or summary judgment within the one hundred and twenty (120) day time limit, a scheduling order will be entered and docket call will be held within sixty (60) days. Defendant and plaintiff

will each be required to file pretrial orders at docket call. The case will be scheduled for trial within two months of docket call.

Plaintiff will respond to defendant's dispositive motion within forty-five (45) days of the date in which defendant mailed plaintiff copies of such pleadings, as shown on the defendant's certificate of service. Failure of plaintiff to respond to defendant's motion within the time limit will, if appropriate, result in granting of summary judgment in favor of defendant, and may result in dismissal for want of prosecution.

3.  It is further ordered that each party shall serve the other party, or his counsel, with a copy of every pleading, motion, or other paper submitted to the Court for consideration. Service shall be by mail to the other party. Every pleading, motion, or other document filed with the Clerk of the Court shall be signed by at least one attorney of record in his individual name, whose address shall be stated, or if the party is proceeding pro se, by said party, with address likewise stated. In the case of the pro se party, only signature by the pro se party will be accepted. If a layman signs a pleading, motion, or other document on behalf of the pro se party, it will not be considered by the Court.

Furthermore, every pleading, motion, or other document shall include on the original a signed certificate stating that the date a true and correct copy of the pleading, motion, or document was mailed and to whom mailed. Failure to mail a copy thereof as certified by the certificate will subject that party to sanctions by the Court. Sanctions may include, but are not limited to, automatic striking of the pleading, motion, or other document.

4.  There will be no direct communication with the United States Magistrate Judge. Communications must be submitted to the Clerk of the Court with copies to the other party. <u>See</u> Rules 5(a) and 11 of the Federal Rules of Civil Procedure.

5. Defendant Garcia shall state, either in the answer or in a separate pleading, whether he/she consents to the jurisdiction of a United States Magistrate Judge.

ORDERED this 5 day of June, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE