IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 8 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DERRICK WEBSTER | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-98 |
| | § | |
| N. JACKSON, ET. AL. | § | |

## ORDER ON PENDING MOTIONS

Plaintiff's motion for a non-jury trial (D.E. 19) is denied. Defendants timely demanded a trial by jury and to date have not opted to waived their right. If the case survives the dispositive motions phase of the case, a jury trial will be scheduled before Hon. Hayden W. Head, Jr.

Plaintiff's motion for relief from prejudicial joinder (D.E. 20) is nonsensical, and is denied. Plaintiff cannot request separate trials when he has sued the defendants in a single lawsuit, and the defendants have not requested severance of claims or defendants. To the extent plaintiff is requesting that the testimony of witnesses be taken by deposition, the request is denied. Plaintiff's discovery requests should be made to defendants directly, and not to the court. If plaintiff wishes to depose witnesses he must first pay all costs associated with the taking of those depositions.

ORDERED this ___6___ day of ___June___, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE