In The United States District Court
For the Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

JUN 26 2000

Michael N. Milby, Clerk

Derrick Webster
_____
        Plaintiff

VS.                                  Civil Action No. CA No. C-000-98

N. Jackson
_____, ET AL.,
        Defendant

Plaintiff's Motion To The Court
Notice of Change of Address
_____

To The Honorable Judge of Said Court:

I. The Plaintiff Derrick Webster, Attorney in charge bring notice to the court of my new address soon to be discharge- ass follow:

New Address:  Michael Unit
              P.O. Box 4500
              Tennessee Colony, Texas 75886

Respectfully Submitted.
Derrick Webster
Derrick Webster, Plaintiff
Attorney in charge
P O Box 4500
Tennessee Colony, TX 75886

# CERTIFICATE OF SERVICE

I, Derrick Webster, Attorney in charge, do hereby certify that a true and correct copy of the above and foregoing Plaintiff's motion to the Court notice of change of address, has been served by placing same in the United States Mail, postage prepaid, on this the 22 day of June 2000, address to:

U.S. District Clerk's office
United States District Court
521 Starr Street, Rm 101
Corpus Christi, TX 78401


*Derrick Webster*
Derrick Webster,
Plaintiff   Attorney in charge