In The United States District Court
For The Southern District of Texas
Corpus Christi Division

Derrick Webster
Plaintiff

vs.

N. Jackson, ET AL.,
Defendant

Civil Action No. CA No. C-000-98

United States District Court
Southern District of Texas
FILED
JUN 30 2000
Michael N. Milby, Clerk

## Plaintiff's Motion For Appointment of Attorney

To The Honorable Judge of Said Court:

Comes now Derrick Webster, Plaintiff, who respectfully move this Honorable court to grant this motion appointing an attorney to represent plaintiff.

Plaintiff files motion for appointment of attorney to the cause of this civil action lawsuite 1983, 42 U.S.C Standard pursuant to Rule 44 (A) (B) (C). Joint Representation as to the following:

1. The plaintiff has great reason for an attorney to represent him as to the matter of preparing himself for trial.

2. The Michael unit has a Limitation on Law material And certain Law material this unit don't issue out, Such as All information plaintiff need to fully Represent himself.

3. Rather this case is Complex or not there Are steel Law Rules, Code Standards the Court must take in Consideration that if the plaintiff has no knowledge of certain Law matter and Rules or no way of obtaining those Law material this matter Require an Attorney.

4. As to the defendant's Attachment A which Contains Sensitive information Concerning defendant A. Garcia, this cause that Require an Attorney to handle being that its private information.

5. The Court has the Authority to Award Attorney's fees to a prevailing plaintiff. 42 U.S.C § 1983.

6. Plaintiff is not prohibited from hiring an Attorney on A contingent fee Arrangement.

WHEREFORE I, The plaintiff Request that the Court grant this motion in All Respects

Respectfully Submitted,

Derrick Webster

Derrick Webster, Plaintiff
Michael unit P.O. Box 4500
Tennessee Colony, Texas 75886

# CERTIFICATE OF SERVICE

I, Derrick Webster, Plaintiff, do hereby certify that a true and correct copy of the above and foregoing plaintiff's Motion For Appointment of Attorney, has been served by placing same in the united states mail, postage prepaid, on this the 26th day of June, 2000. Address to:

U.S. District Clerk of Court
Southern District of Texas
   521 Starr Street Rm 101
Corpus Christi, Texas 78401


*Derrick Webster*
Derrick Webster, Plaintiff