STATE OF TEXAS

County of Anderson

United States District Court
Southern District of Texas
FILED

AUG 1 4 2000

MICHAEL N. MILBY CLERK

AFFIDAVIT

C 00 098

Derrick Webster, Being duly sworn, deposes and says:

1. I am the Plaintiff in this case. I make this Affidavit in support of my Motion to Compel discovery.

2. On June 28, 2000, I served on the defendant's counsel a Request for production of documents, which is attached to this Affidavit as Exhibits.

3. Defendants did not produce any discovery as Requested after answering plaintiff's motion for discovery. Defendants were given 30 days to produce and fail to do so, nor did they request an adjournment from the court or seek my agreement to an adjournment.

4. Defendants objections are waived as a result of their failure to make them in a timely manner, as set forth in the brief accompanying this motion.

5. Defendants objections on the ground that the discovery sought is irrelevant, burdensome and privileged have no merit, as set forth in the brief accompanying this motion.

WHEREFORE, I the Plaintiff Request that the court grant this motion in all Respects.

Derrick Webster, Plaintiff. Sworn to before me this 10th day of August 2000.

*Derrick Webster*

Derrick Webster, Plaintiff
Attorney in Charge.

28.

IN The United States District Court
For The Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

AUG 14 2000

MICHAEL N. MILBY, CLERK

Derrick Webster
_____
Plaintiff

VS.                                    Civil Action No. C-00-98

N. Jackson
_____, ET AL.,
Defendant

## Plaintiff's Motion To Compel Discovery

To The Honorable Judge of said Court:

On this day came on to be consider plaintiff's motion to compel discovery. The court after considering the pleading filed herein is of the opinion that the following order should issue:

It is hereby ordered that the plaintiff's motion to compel discovery be granted, and it is hereby granted the court directs the clerk to file the plaintiff's motion to compel discovery.

Respectfully submitted

Derrick Webster
Derrick Webster, Plaintiff
Attorney in charge
Michael Unit P.O. Box 4500
Tennessee Colony, Texas 75886

# CERTIFICATE OF SERVICE

I, Darrick Webster, Plaintiff Attorney in Charge, do hereby certify that a true and correct copy of the above and foregoing plaintiff's Motion To Compel discovery, has been served by placing same in the united states mail, postage prepaid, on This The 10th day of August 2000, address to:

U.S. District Clerk of Court
Southern District of Texas
521 Starr Street Room 101
Corpus Christi, Texas 78401


_Darrick Webster_
Darrick Webster, Plaintiff
Attorney in charge.

IN The United States District Court
For The Southern District of Texas
Corpus Christi Division

Derrick Webster
    Plaintiff

VS.                               Civil Action No. C.A. NO. C-00-98

N. Jackson         , ET AL.,
    Defendant

Plaintiff's Motion For Discovery,
Inspection, Copying And Photographing of evidence

To The Honorable Judge of Said Court:

The Plaintiff in the Above Cause, under the Authority of Article 39.14. T.C.C.P., makes his motion for discovery and inspection of evidence, and in support thereof would the Court:

1. Request the defendants produce and permit an copy of all written statement involving the incident on the 9th day of February, 2000 concerning this lawsuit.

2. Request the defendants produce and permit all weapons use against plaintiff on the 9th day of February, 2000 which he has been injured.

3. Request the defendants produce all photographing of plaintiff injury and of all weapons taking on the 9th day of February, 2000.

4. Request the defendants produce and permit all written medical report examination made on the plaintiff of injury on the 9th day of February, 2000 concerning the incident.

5. Request the defendants produce and permit the video tape use on the 9th day of February, 2000 while being treated and escorted to and from medical stationary.

6. Request the defendants produce and permit an written statement from officers CO III. A. Garcia and B.C. Ybarra of all that they witness doing the incident on the 9th day of February. 2000.

7. Request the defendants produce and permit an written statement from CO III officer R. Budweiler who witness the incident on the 9th day of February, 2000.

8. Request the defendants produce and permit an copy of the Administration Segregation - plan as of all policies and rules for security safty and inmates.

9. Request the defendants produce and permit an copy of a full incident Rapport made out on the 9th day of February, 2000 of the incident alleged by plaintiff

10. Request the defendants produce and permit all copy of inmate M. Martinez disciplenary records involving weapon cases while held in Administration Segregation on the McConnell unit.

11. Request the defendants produce and permit and written statement from Major N. Jackson and W.A. Hodge concerning the incident that took place on the 9th day of February, 2000.

12. Request the defendants produce and permit an copy of A Administration Segregation Security Safety plan of the McConnell unit.

The plaintiff moves the court to order the defendants to produce and permit the inspection, copying and photographing of the following designated items by or on the behalf of the plaintiff no later than 21 days of the date of the pre-trial hearing or no later than Ton (10) days prior to the date of trial, whichever is earlier, at the office of the prosecutor for the defendants, Speical prosecutors office, 521 Starr Street RM 101 Corpus Christi, Texas 78401.

Respectfully Submitted,

_Derrick Webster_
Derrick Webster, Plaintiff
Attorney in Charge.
Michael Unit P.O. Box 4500
Tennessee Colony, Texas 75886

# CERTIFICATE OF SERVICE

I, Derrick Webster, Plaintiff do hereby certify that a true and correct copy of the above and foregoing Plaintiff's Motion For Discovery, Inspection, Copying and Photographing of evidence, has been served by placing same in the United States Mail, Postage prepaid, on the 28th day of June, 2000 Address To:

GERARD R. RAWLS
Assistant Attorney General
Attorney-in-charge
State Bar No. 90001974
P.O. Box 12548
Austin, Texas 78711

*Derrick Webster*
Derrick Webster, Plaintiff
Attorney-in-charge