United States District Court
Southern District of Texas
ENTERED

AUG 2 3 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **DERRICK WEBSTER** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-98 |
| | § | |
| **N. JACKSON, ET. AL.** | § | |

## ORDER ON DEFICIENT PLEADING AND ORDER TO FILE RESPONSE

Plaintiff has filed a motion to compel discovery (D.E. 28). The motion is deficient because plaintiff did not properly complete the certificate of service. Although plaintiff's discovery request appears to have been mailed to counsel for the defendants, plaintiff's motion to compel reflects only service on the Clerk of the court.

The pleading will be struck unless, within ten days of the date of this order, plaintiff files a completed certificate of service which reflects that a copy of plaintiff's motion to compel and affidavit were mailed to counsel for the defendants. If plaintiff timely complies, the pleading will not be struck and defendants are ordered to file a response to plaintiff's motion within twenty days of the date of plaintiff's certificate of service.

ORDERED this 21 day of August, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE