IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *DERRICK WEBSTER* § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | Civil Action No. C-00-98 | |
| § | Jury | |
| *N. JACKSON, ET AL.,* § | | |
| **Defendants.** § | | |

### DEFENDANTS' NOTICE OF INITIAL DISCLOSURE TO PLAINTIFF

NOW COME Defendants Weldon Hodge, Norris Jackson, Rodney Ybarra and Arturo Garcia, hereinafter referred to as Defendants, by and through their attorney, the Attorney General of Texas, files this Notice of Initial Disclosure pursuant, RULE 26, F.R.C.P.:

### I.

The defendants in the above entitled and numbered cause hereby notifies this Honorable Court that they have made disclosure to the plaintiff.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. MCCAUL
Deputy Attorney General for Criminal Justice

LOUIS V. CARRILLO
Assistant Attorney General
Chief, Law Enforcement Defense Division

Page 1

_[signature]_

GERARD R. RAWLS
Assistant Attorney General
State Bar No. 90001974
*Admission No. 21616*
P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 463-2080
(512) 495-9139 (FAX)

**ATTORNEYS FOR DEFENDANTS HODGE, JACKSON, YBARRA AND GARCIA**

## CERTIFICATE OF SERVICE

I, GERARD R. RAWLS, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the Defendants' Notice of Initial Disclosure has been served by placing same in the United States mail, postage prepaid, Certified Mail, Return Receipt Requested, on this the 22th day of August, 2000, addressed to:          *Certified Mail Z 466 943 675*

**DERRICK WEBSTER-TDCJ # 607073**
MICHAEL  Correctional Unit
P O Box 4500
Tennessee Colony, Texas 75886

_[signature]_
GERARD R. RAWLS
Assistant Attorney General

Page 2