IN The United States District Court
For the Southern District of Texas
Corpus Christi Division

Derrick Webster
_____
Plaintiff

VS.                               Civil Action No: C-00-98

N. Jackson_____, et al.,
Defendant

### Plaintiff's Motion To Compel Discovery

To The Honorable Judge of Said Court:

On this day, came on to be consider plaintiff's motion to compel discovery. The Court after considering the pleading filed herein is of the opinion that the following order should issue:

It is hereby ordered that the plaintiff's motion to compel discovery be granted. And it is hereby granted the Court hereby directs the Clerk to file the plaintiff's motion to compel discovery.

United States District Court
Southern District of Texas
FILED
SEP - 1 2000
MICHAEL N. MILBY CLERK

Respectfully Submitted
/s/ Derrick Webster
_____
Derrick Webster, Plaintiff
Attorney-in-Charge
Michael Unit P.O. Box 4500
Tennessee Colony, Texas 75886

31.

# CERTIFICATE OF SERVICE

I, Derrick Webster, Plaintiff Attorney-in-Charge, do hereby certify that a true and correct copy of the above and foregoing plaintiff's motion to Compel, has been served by placing same in the United States mail, postage pre paid, on this the 27th day of August 2000. Address to:

U.S. District Clerk of Court
Southern District of Texas
    521 Starr Street Room 101
Corpus Christi, Texas 78401


_Derrick Webster_
Derrick Webster, Plaintiff
Attorney-in-Charge