IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DERRICK WEBSTER | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. C-00-98 |
| | § | Jury |
| N. JACKSON, ET AL., | § | |
|     Defendants. | § | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S
### MOTION TO COMPEL DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COME** Defendants Weldon Hodge, Norris Jackson, Rodney Ybarra and Arturo Garcia, hereinafter referred to as Defendants, by and through their attorney, the Attorney General of Texas, files this Defendants' Response to Plaintiff's Motion to Compel Discovery:

**I.**

On or about July 3, 2000, Defendants received Plaintiff's Request for Production. Plaintiff made twelve request.[1] Defendants' response was mailed on July 28, 2000. At the time Defendants' response was due, Defendants produced the Administrative Segregation Plan that Plaintiff requested as answer to request eight and twelve. Plaintiff's request numbers one, four, six, seven, nine and eleven were to be produced in Defendants Initial Disclosure. Defendants mailed Plaintiff there Initial Disclosure on August 22, 2000. Plaintiff's request numbers three and five were request for Plaintiff to view the video tape and pictures of the incident. Defendants responded that they would make arrangements with Plaintiff's warden to comply with these request. Plaintiff also requested in number ten a copy of another inmate's disciplinary record. Defendants responded that they have ordered these records and would produce them if they existed. The only objection Defendant's made

---

[1] See attachment A, Defendants' Responses to Plaintiff's Motion for Discovery

to Plaintiff's Request for Production, regarded request number two. In request number two, Plaintiff requested that Defendants produce to him a weapon purportedly used to attack him. Defendants responded that they would not give Plaintiff a weapon.

Wherefore, Defendants have fully complied with Plaintiff's Request for Discovery and have filed Initial Disclosure to Plaintiff. Additionally, Defendants have not objected to discovery as burdensome, irrelevant or privileged as Plaintiff has misrepresented to this Court. Defendants pray that Plaintiff's Motion to Compel Discovery be in all things denied.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. MCCAUL
Deputy Attorney General for Criminal Justice

JEFF MILLSTONE
Assistant Attorney General
Acting Chief, Law Enforcement Defense Division

_____
GERARD R. RAWLS
Assistant Attorney General
State Bar No. 90001974
Admission No. 21616

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 495-9139 (FAX)

**ATTORNEYS FOR DEFENDANTS HODGE, JACKSON, YBARRA AND GARCIA**

Page 2

## CERTIFICATE OF SERVICE

I, GERARD R. RAWLS, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the Defendants' Response to Plaintiff's Motion to Compel Discovery has been served by placing same in the United States mail, postage prepaid, Certified Mail, Return Receipt Requested, on this the 8th day of September, 2000, addressed to:

**DERRICK WEBSTER-TDCJ # 607073**
MICHAEL Correctional Unit
P O Box 4500
Tennessee Colony, Texas 75886

                                                      GERARD R. RAWLS
                                                      Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *DERRICK WEBSTER* | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. C-00-98 |
| | § | Jury |
| *N. JACKSON, ET AL.,* | § | |
| **Defendants.** | § | |

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO COMPEL DISCOVERY

# Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *DERRICK WEBSTER, TDCJ #607073,* | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. CA NO. C-00-98 |
| | § | |
| *N. JACKSON, ET AL.,* | § | |
| **Defendants.** | § | |

## DEFENDANTS' RESPONSES TO PLAINTIFF'S MOTION FOR DISCOVERY, INSPECTION, COPYING AND PHOTOGRAPHING OF EVIDENCE

TO: Derrick Webster, TDCJ #607073, McConnell Unit, 3001 S. Emily Drive, Beeville, TX 78102

**NOW COMES** Defendants, **Garcia, Hodge, Jackson and Ybarra's** ("Defendants"), by and through their attorney, the Attorney General of Texas, and offer the following Responses to Plaintiff's First Request for Production, as follows:

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. MCCAUL
Deputy Attorney General for Criminal Justice

LOUIS V. CARRILLO
Assistant Attorney General
Chief, Law Enforcement Defense Division

                    GERARD R. RAWLS
                    Assistant Attorney General
                    Attorney-In-Charge
                    State Bar No. 90001974
                    Admission No. 21616

                    P. O. Box 12548, Capitol Station
                    Austin, Texas 78711
                    (512) 463-2080
                    Fax No. (512) 495-9139

                    ATTORNEYS FOR DEFENDANT
                    GARCIA, HODGE, JACKSON, and YBARRA

## CERTIFICATE OF SERVICE

I, GERARD R. RAWLS, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendants Garcia, Hodge, Jackson and Ybarra's Responses to Plaintiff's First Request for Production From Defendant, Texas Department Of Criminal Justice, Institutional Division** has been served by placing same in the United States Mail on this 28th day of July, 2000, addressed to:

Derrick Webster, TDCJ #607073       *Via CM/RRR No. P 329 149 295*
Michael Unit
P.O. Box 4500
Tennessee Colony, TX 75886

                    GERARD R. RAWLS
                    Assistant Attorney General

Grr1/cases/webster.rfp.wpd.

### Responses to Request for Production

**REQUEST FOR PRODUCTION NO. 1:**

Request the defendants produce and permit an copy of all written statement involving the incident on the 9th day of February, 2000 concerning this lawsuit. (Sic.)

**RESPONSE:**

This request will be produced in Defendant's initial disclosure on August 4, 2000.

**REQUEST FOR PRODUCTION NO. 2:**

Request the defendants produce and permit all weapons use against plaintiff on the 9the day of February, 2000 which he has been injured. (Sic.)

**RESPONSE:**

Objection: Defendants will not produce any weapons/contraband to you as inmates are not permitted to have any weapons or contraband in their possession.

**REQUEST FOR PRODUCTION NO. 3:**

Request the defendants produce all photographing of plaintiff's injury and of all weapons taking on the 9th day of February, 2000. (Sic.)

**RESPONSE:**

Arrangements will be made with your warden for you to review the pictures of the incident.

**REQUEST FOR PRODUCTION NO. 4:**

Request the defendants produce and permit all written medical report examination made on the Plaintiff of injury on the 9th day of February, 2000 concerning the incident.(sic.)

**RESPONSE:**

This request will be produced in Defendant's initial disclosure on August 4, 2000.

**REQUEST FOR PRODUCTION NO. 5:**

Request the defendants produce and permit the video tape use on the 9th day of February, 2000 while being treated and escorted to and from medical stationary. (Sic.)

**RESPONSE:**

Arrangements will be made with your warden for you to review the videotape of the incident.

Grrl/cases/webster.rfp.wpd.

## REQUEST FOR PRODUCTION NO. 6:

Request the defendants produce and permit an written statement from Officers, COIII A. Garcia and B. C. Ybarra of all that they witness doing the incident on the 9th day of February, 2000.

## RESPONSE:

This request will be produced in Defendant's initial disclosure on August 4, 2000.

## REQUEST FOR PRODUCTION NO. 7:

Request the defendants produce and permit an written statement from COIII Officer R. Budweiler who witness the incident on the 9th day of February, 2000.

## RESPONSE:

This request will be produced in Defendant's initial disclosure on August 4, 2000.

## REQUEST FOR PRODUCTION NO. 8:

Request the defendants produce and permit an copy of the administration segreagation-plan as of all policies and rules for security safty and inmates. (Sic.)

## RESPONSE:

Attached

## REQUEST FOR PRODUCTION NO. 9:

Request the defendants produce and permit an copy of a full incident repport made out on the 9th day of February, 2000 of the incident alleged by plaintiff. (Sic)

## RESPONSE:

This request will be produced in Defendant's initial disclosure on August 4, 2000.

## REQUEST FOR PRODUCTION NO. 10:

Request the defendants produce and permit all copy of inmate M. Martinez disciplinary records involving weapons cases while held in adminnistration segregation on the McConnell Unit. (Sic.)

## RESPONSE:

These records have been ordered. If they exist, they will be disclosed when they are received subject to redactinig for security and safety concerns.

## REQUEST FOR PRODUCTION NO. 11:

Request the defendants produce and permit and written statement from Major N. Jackson and W. A. Hodge concerning the incident that took place on the 9th day of February, 2000. (Sic.)

## RESPONSE:

This request will be produced in Defendant's initial disclosure on August 4, 2000.

## REQUEST FOR PRODUCTION NO. 12:

Request the defendants produce and permit all copy of a adminnistration segregation security safety plan of the McConnell Unit. (Sic.)

## RESPONSE:

Attached.

Grrl/cases/webster.rfp.wpd.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *DERRICK WEBSTER* | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. C-00-98 |
| | § | Jury |
| *N. JACKSON, ET AL.,* | § | |
| **Defendants.** | § | |

## ORDER

Be it remembered that on this day came to be considered **Plaintiff's Motion to Compel Discovery** and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that said motion be, and it is hereby DENIED.

SIGNED on this the ___ day of _____, 2000.


_____
JUDGE PRESIDING