United States District Court
Southern District of Texas
ENTERED

SEP 22 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **DERRICK WEBSTER** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-98 |
| | § | |
| **N. JACKSON, ET. AL.** | § | |

## ORDER ON MOTIONS TO COMPEL

The court has considered plaintiff's motions to compel (D.E. 28, 31) and defendants' response (D.E. 32). The motions are denied in part and granted in part as follows. All materials which defendant agreed to produce which have not been forwarded to plaintiff are ordered to be furnished within thirty days of the date of this order. With regard to plaintiff's request for the weapon involved (request number two), defendants shall provide to plaintiff a photograph of the weapon within thirty days of the date of this order, and shall preserve it for use as an exhibit at trial. All other relief not specifically granted is denied.

ORDERED this _21_ day of _Sept_, 2000.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE