United States District Court
Southern District of Texas
FILED

OCT 1 8 2000

MICHAEL N. MILBY, CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| *DERRICK WEBSTER* | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. C-00-98** |
| | § | **Jury** |
| *N. JACKSON, ET AL.,* | § | |
| **Defendants.** | § | |

**DEFENDANT'S NOTICE OF COMPLIANCE WITH COURT ORDER**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW** Defendants Weldon Hodge, Norris Jackson, Rodney Ybarra and Arturo Garcia, by and through their attorney, the Attorney General of Texas, and file this Notice of Compliance With Court Order and in support thereof would respectfully show unto the Court the following:

**I.**

On September 22, 2000, the Court signed an order directing Defendants to produce to Plaintiff materials which Defendants had originally agreed to produce. Defendants were directed to produce these materials within thirty days of the date of the order. Defendants were also ordered to provide Plaintiff with a photograph of the weapon that was used against him. Defendants provide this notice to the Court that they are this day complying with the courts order through attachment *A*. Attachment *A* is not attached as a part of this notice but, is being sent to Plaintiff only.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

34.

MICHAEL T. McCAUL
Executive Assistant Attorney General
for Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

GERARD R. RAWLS
Attorney-in-Charge
Assistant Attorney General
State Bar No. 90001974
Admission No. 21616

P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 463-2080
(512) 495-9139 (FAX)

ATTORNEYS FOR DEFENDANTS HODGE,
JACKSON, YBARRA AND GARCIA

## CERTIFICATE OF SERVICE

I, GERARD R. RAWLS, Assistant Attorney General of Texas, do hereby certify that a true

and correct copy of this **Defendant's Notice of Compliance With Court Order** has been served

by placing same in the United States mail, postage prepaid, on this the 17th day of October, 2000,

addressed to:

**Derrick Webster-TDCJ # 607073**       *Via CM/RRR No. 7000 0600 0027 6914 6435*
Michael  Correctional Unit
P O Box 4500
Tennessee Colony, Texas 75886

GERARD R. RAWLS
Assistant Attorney General

Grr1\Cases\Flores v. Dretke\Notice of Comp. W/ Ct Order\Page 2