In The United States District Court
Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

NOV 07 2000

Michael N. Milby, Clerk

Derrick Webster
    Plaintiff

vs.                                    Civil Action No.   C-00-98

N. Jackson
    Defendant

### Plaintiff's Motion Requesting for Telephone Conferance Call

To The Honorable Judge of Said Court:

Now comes The Plaintant, Derrick Webster, Attorney-in-charge who Request for an Telephone Conferance Call as to the Concern of my case and would show as follow:

1. I The plaintiff Request for an telephone conferance call to discuss the important matters of my case in the presence of the Honorable Judge with The Defendant's Attorney in person.

2. I The plaintiff have not Received any of the following Requested discovery as exhibits to fully Represent myself as plaintiff.
   A. Review of Video Tape.    B. photos of injuries and weapons    C. medical Report
   D. Statement from these Defendants: N. Jackson - R. Budweiler - and W. Hodge
   E. An uncompleted statement from Defendant R. Ybarra.

35

3. Mr. Gerard Rawls as Attorney-in-charge had over 60 day to comply with discovery Requested. Also After my motion to compel Mr. Gerard Rawls fail to comply with court order as to permit all discovery in 30 days. Mr. Gerard Rawls fail to submitt which he is trying to Sabotage this case to affect the cause against me. Mr. Gerard Rawls is over due in permitting these items to me as plaintiff And as of the law I have the Right to be treated as an Attorney to the fact that I am Representing myself.

4. Therefore I find and assume that Mr. Gerard Rawls should or will be Sanction for failing to comply on Time by Court order.

I The Plaintiff Request This Telephone Conference call as Attorney-in-charge to discuss This matter and pray that it is granted.

Respectfully submitted

*Derrick Webster*

Derrick Webster, Plaintiff
Attorney-in-charge
Michael Unit
P.O. Box 4500
Tennessee Colony, Texas 75886

# CERTIFICATE OF SERVICE

I, Derrick Webster, Plaintiff Attorney-in-charge, do hereby certify that a true and correct copy of the above foregoing plaintiff's motion Requesting for Telephone Conference Call, has been served by placing same in the United States Mail, postage pre paid, on this the 1st day of November, 2000. Address to:

U.S. District Clerk of Court
Southern District of Texas
    521 Starr Street Room 101
Corpus Christi, Texas 78401


_Derrick Webster_
Derrick Webster, Plaintiff
Attorney-in-charge