IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 3 2000

MICHAEL N. MILBY CLERK

# CONFERENCE CALL NOTICE

| DERRICK WEBSTER | § | |
| --- | --- | --- |
| | § | |
| V. | § | CASE NO. C.A. C-00-98 |
| | § | |
| N. JACKSON, ET AL. | § | |

TYPE OF CASE:     __X__ CIVIL     _____ CRIMINAL

YOU ARE HEREBY DIRECTED TO APPEAR
BY TELEPHONE CONFERENCE* BEFORE:

Honorable B. Janice Ellington
United States Magistrate Judge
1600 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476
(361)888-3291

TIME: __11:00 a.m.__     DATE: __Thursday, November 9, 2000__

PURPOSE OF PROCEEDING:

*Scheduling Conference*

Michael N. Milby, Clerk

_Mina B Alaniz_
By: Deputy Clerk

DATE: __11-3-00__

cc:
Gerard R. Rawls
Fax: (512) 495-9139

*Defendant to initiate call.