United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DERRICK WEBSTER | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-98 |
| | § | |
| N. JACKSON, ET. AL. | § | |

## ORDER GRANTING MOTION FOR TELEPHONE CONFERENCE CALL

Plaintiff's motion for a telephone conference call (D.E. 35) is granted.  A hearing by telephone conference call is set for Thursday, November 9, 2000, at 11:00 a.m.  Counsel for defendant will initiate the call.

ORDERED this ____9____ day of ____November____, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE