# CIVIL COURT MINUTES

United States District Court
Southern District of Texas
FILED

NOV 9 - 2000

Michael N. Milby, Clerk

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR/ERO:** Grace Lerma

**LANIER TAPE NO.** 2 (355-800)

**LAW CLERK:** —

**U. S. MARSHAL:** —

**INTERPRETER:** —

**DATE:** 11-9-00     **OPEN:** 11:10 AM     **CLOSE:** 11:26 AM

**CIVIL ACTION NO.:** C-00-98

Derrick Webster     **COUNSEL:** Pro-se

VS.

N. Jackson, et al     **COUNSEL:** Gerard Rowls

(X) **Proceeding** Scheduling Conference

Case called. Mr. Webster advised he had just received some discovery from Mr. Rowls. Pltff to go through materials and file motion requesting anything he did not receive (to be filed after 1 week, so pltff can review materials he received). Court to enter scheduling order setting FPTC on 3-5-01 and jury selection & Trial on 3-12-01. Pltff scheduled to be released from BOP in December. Court advised pltff to be sure & send in change of address. Mr. Rowls to file motion to substitute correct name of deft. to Antonio Garcia instead of Arturo Garcia.

Court adjourned.

39.