United States District Court
Southern District of Texas
FILED

NOV 13 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DERRICK WEBSTER | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. C-00-98 |
| | § | Jury |
| N. JACKSON, ET AL., | § | |
|     Defendants. | § | |

## MOTION TO SUBSTITUTE NAMES

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** The Office of Attorney General of Texas and files this Motion to Substitute Names and in support thereof would respectfully show unto the Court the following:

### I.

On June 26, 2000, an answer was filed on behalf of Arturo Garcia in this case. The undersigned has subsequently confirmed that Arturo Garcia was not employed at the McConnell Unit on the date of incident alleged by Plaintiff. Further, it has been determined that Arturo Garcia was disabled and a former TDCJ employee at the time of the incident made the basis of Plaintiff's suit. A review of Documents involving Plaintiff's suit has confirmed that Antonio Garcia was employed by the McConnell Unit on the date of incident and is the "A. Garcia" that Plaintiff intended to name in his suit. Antonio Garcia has requested representation by the Office of the Attorney General.

Therefore, the Office of the Attorney General requests that the Answer filed on behalf of Arturo Garcia be withdrawn and in all things substituted for Antonio Garcia. Additionally, Arturo Garcia should be dismissed from this suit.

ClibPDF - www.fastio.com

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Executive Assistant Attorney General
for Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

GERARD R. RAWLS
Attorney-in-Charge
Assistant Attorney General
State Bar No. 90001974
Admission No. 21616

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 495-9139 (FAX)

ATTORNEYS FOR DEFENDANTS
HODGE, JACKSON, YBARRA AND GARCIA

# CERTIFICATE OF SERVICE

I, GERARD R. RAWLS, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of this **Motion to Substitute Names** has been served by placing same in the United States mail, postage prepaid, on this the 9th day of November, 2000, addressed to:

**Derrick Webster-TDCJ # 607073**
Michael Correctional Unit
P O Box 4500
Tennessee Colony, Texas 75886

GERARD R. RAWLS
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *DERRICK WEBSTER* | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. C-00-98** |
| | § | **Jury** |
| *N. JACKSON, ET AL.,* | § | |
| **Defendants.** | § | |

## ORDER

Came on to be considered Defendants Motion to Substitute Name. The motion should be granted. The answer for Arturo Garcia should be withdrawn and substituted on behalf of Antonio Garcia. The Clerk is Ordered to unfile the answer of Arturo Garcia and file it on behalf of Antonio Garcia. It is further Ordered that Arturo Garcia is dismissed from this suit and Antonio Garcia is now a defendant in this suit.

ORDERED this _____ day of _____, 2000.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE