IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 15 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| DERRICK WEBSTER | § § § |
| vs. | §   CIVIL ACTION NO. C-00-98 |
| N. JACKSON, ET. AL. | § § |

## AMENDED SCHEDULING ORDER

The following scheduling order is entered:

1. Jury selection and trial are set for: **Monday, March 12, 2001 at 8:30 a.m.**, before B. Janice Ellington, United States Magistrate Judge, 1133 N. Shoreline Blvd., Corpus Christi, Texas.

2. Final Pretrial Conference is set for: **Monday, March 5, 2001 at 1:30 p.m.**, before B. Janice Ellington, United States Magistrate Judge, 1133 N. Shoreline Blvd., Corpus Christi, Texas.

3. Each party is required to file a pretrial order. Pretrial Orders are due on or before **Friday, February 23, 2001.** The pretrial order should include: (1) a statement of the case and contentions of the parties; (2) a list of witnesses; (3) proposed voir dire questions, if any; (4) proposed jury instructions, if any; (5) an exhibit list (do not send exhibits); and (6) briefs on legal issues, if appropriate. Failure to timely file a pretrial order may result in sanctions, including dismissal for want of prosecution or entry of default if appropriate.

4.	The parties shall number and pre-mark their exhibits. The Clerk of the Court is ordered to mail to plaintiff several copies of the form "Exhibit List" as well as several sheets of exhibit stickers.

5.	If plaintiff wishes to request that inmate witness(es) be produced to testify, plaintiff should file his motion within six weeks of the scheduled trial date. The request should include the inmates TDCJ number and be accompanied by a summary of each witness's testimony.

6.	The deadline for designation of expert witnesses is **Tuesday, December 18, 2000**. For each expert designated, a report which complies with Fed. R. Civ. P. 26(a)(2)(B) must accompany the designation.

7.	Discovery ends **Wednesday, January 3, 2001**.

ORDERED this __14__ day of __November__, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE