In The United States District Court
Southern District of Texas
Corpus Christi Division

Derrick Webster
Plaintiff

vs.

N. Jackson et. al.
Defendant

Civil Action No. C-00-98

*United States District Court*
*Southern District of Texas*
*FILED*
*NOV 2 0 2000*
*MICHAEL N. MILBY CLERK*

## Plaintiff's Motion Notice to The Court

To The Honorable Judge of Said Court:

Now Come The Plaintiff, Derrick Webster, Attorney-in-charge has filed an Motion To Noticfied The Court as to the following cause:

1. I The plaintiff has waited over the time limit for the defendant to provide me with the discovery items as agreed. but Assistant Attorney Gerard Rawls fail to submitt to Court order.

2. I Received a legal package on 11-9-000 from Mr. Gerard Rawls which should have been all discovery. but come to find out it only contain old Medical and disciplinary records which is very irrelavent to my law suite accept for a Riginal Medical Report.

3. I have not Review the Video Tape of the incident. I have no photos of my injuri and photos of the weapons use against me. I have not Received a statement fro N. Jackson, R. Budweiler and W. Hodge. I have an uncompleted statement fr R. Ybarra. Mr. Gerard Rawls has not provided me with all the above discovery.

43

Respectfully submitted.

*Derrick Webster*

Derrick Webster, Plaintiff
Attorney-in-charge
Michael Unit P.O. Box 4500
Tennessee Colony, Texas 75886

## CERTIFICATE OF SERVICE

I, Derrick Webster, Plaintiff Attorney-in-charge, do hereby certify that a true and correct copy of the above foregoing plaintiff's motion notice to the court, has been served by placing same in the United States mail, postage pre-paid, on this the 13th day of November 2000. Address to:

U.S. District Clerk of Court
Southern District of Texas
   521 Starr Street Room 101
Corpus Christi, Texas 78401

*Derrick Webster*
Derrick Webster, Plaintiff
Attorney-in-charge