IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **DERRICK WEBSTER** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-98 |
| | § | |
| **N. JACKSON, ET. AL.** | § | |

## ORDER

Came on to be considered Defendant's Motion to Substitute Name. The motion should be granted. The answer for Arturo Garcia should be withdrawn and substituted for the answer of Antonio Garcia. The Clerk is ordered to strike the answer of Arturo Garcia and file it on behalf of Antonio Garcia. By agreement of the parties, Antonio Garcia is the proper defendant in this suit, instead of Arturo Garcia.

ORDERED this 20 day of November, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE