IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 29 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DERRICK WEBSTER | § | |
| | § | |
| V. | § | C. A. C-00-98 |
| | § | |
| N. JACKSON, ET AL. | § | |

## ORDER STRIKING PLEADING

The pleading entitled "Plaintiff's Motion Notice to the Court," (D.E. 43) was filed November 20, 2000, but is now struck for deficiencies. The Local Rules of the United States District Court for the Southern District of Texas require that all pleadings must be accompanied by a certificate reflecting how and when service has been made or why service is not required. (L.R.5.4.) The Certificate of Service does not reflect service on counsel for the defendant, and service on the clerk is insufficient.

Because this document has been struck, it will not be considered. It is the duty of all who appear before this court to be familiar with the Local Rules and to follow them. It is inefficient and expensive for the parties and for the court when the Local Rules are disregarded, because the pleadings must be struck to enforce the rules.

Leave to refile pleading in proper form within 10 days from the date of this order is granted.

ORDERED this 27 day of November, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE