IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 27 2001

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| *DERRICK WEBSTER* § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. C-00-98 |
| § | Jury |
| *N. JACKSON, ET AL.,* § | |
| **Defendants.** § | |

### *AMICUS* OFFICE OF ATTORNEY GENERAL'S ADVISORY TO THE COURT ON PLAINTIFF DERRICK WEBSTER

**NOW COMES**, the Office of the Attorney General of Texas, as *amicus curiae*, and submits the following Advisory to the Court on Plaintiff, **Derrick Webster**. In support thereof, the Office of the Attorney General of Texas would respectfully show unto the Court the following:

**I.**

On February 23, 20001, Defendants held a witness meeting in this case. During this meeting, Defendants discovered that Plaintiff, Derrick Webster, had discharged his sentence. Mr. Webster was serving a ten year sentence and completed it day for day on December 19, 2000. Mr. Webster is not on parole because he served his entire sentence. Defendants do not know the whereabouts of Derrick Webster. Mr. Webster has not notified Defendant's counsel of his change of address.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. MCCAUL
Deputy Attorney General for Criminal Justice

1

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

_____
GERARD R. RAWLS
Assistant Attorney General
Attorney-In-Charge
State Bar No. 90001974
Southern District No. 21616

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 495-9139 (FAX)

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I, GERARD R. RAWLS, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of *Amicus* **Office of Attorney General's Advisory to The Court on Plaintiff Derrick Webster** has not been delivered to Plaintiff because Plaintiff has failed to advise of his last known address.

_____
GERARD R. RAWLS
Assistant Attorney General