United States District Court
Southern District of Texas
ENTERED

MAR 0 1 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **DERRICK WEBSTER** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-98 |
| | § | |
| **N. JACKSON, ET. AL.** | § | |

## ORDER VACATING FINAL PRETRIAL CONFERENCE AND TRIAL SETTINGS AND ORDER TO SHOW CAUSE

The final pretrial conference scheduled for Monday, March 5, 2001, at 1:30 p.m. and the jury selection and trial scheduled for Monday, March 12, 2001, at 8:30 a.m. are vacated. During a pretrial hearing in this case, plaintiff announced he would be released from custody in December 2000. Plaintiff was advised to notify the Clerk of his new mailing address. A deadline of February 23, 2001, for the parties' filing of their respective pretrial orders was set. Defendants timely filed their pretrial order, but plaintiff did not.

Accordingly, plaintiff is ORDERED to show cause, within ten days of the date of this order, why his lawsuit should not be dismissed for want of prosecution. Fed. R. Civ. P. 41. Failure to timely comply will result in dismissal of plaintiff's lawsuit.

ORDERED this _28_ day of _February_, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE