United States District Court
Southern District of Texas
ENTERED

MAR 2 7 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DERRICK WEBSTER | § | |
| | § | |
| V. | § | C.A. NO. C-00-98 |
| | § | |
| N. JACKSON, ET AL. | § | |

## MEMORANDUM AND RECOMMENDATION TO DISMISS
## FOR WANT OF PROSECUTION

Plaintiff was formerly an inmate of the Texas Department of Criminal Justice-Institutional

Division.  Proceeding *pro se* and *in forma pauperis*, plaintiff filed a civil rights complaint (D.E. 1)

under 42 U.S.C. § 1983 alleging that defendants violated his constitutional rights.

For the reason discussed below, it is recommended that plaintiff's claims be dismissed for

want of prosecution under Fed. R. Civ. P. 41(b).

### I. JURISDICTION

The Court has federal question jurisdiction.  28 U.S.C. § 1331.

### II. DISCUSSION

On February 28, 2001, plaintiff was ordered to show cause within ten days why this case

should not be dismissed for want of prosecution (D.E. 48).  To date, plaintiff has not responded to

the Court's order.  Plaintiff has apparently abandoned his lawsuit.

## III. RECOMMENDATION

For the foregoing reason, it is recommended that plaintiff's claims be dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 41(b).

Respectfully submitted this _26_ day of March, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **TEN (10) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1)(C) and Article IV, General Order No. 80-5, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within TEN (10) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error,* from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. Douglass v. United Services Auto. Ass'n, 79 F.3d 1415 (5th Cir. 1996) (en banc).

3