IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



DERRICK WEBSTER § 
 § 
VS. § C.A. NO. C-00-98
 § 
N. JACKSON, ET AL. § 

## ORDER OF DISMISSAL

On March 26, 2001, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 49). After ample opportunity, no objections have been filed by either party. Having reviewed the pleadings on file, the Court finds no clear error in the magistrate judge's memorandum and recommendation. *Douglas v. United Services Automobile Association*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the magistrate judge.

Accordingly, plaintiff's claims are dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 41(b).

ORDERED this _____15_____ day of _____Feb_____, 2002.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE