IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DERRICK WEBSTER §
 §
VS. § C.A. NO. C-00-98
 §
N. JACKSON, ET AL. §

# FINAL JUDGMENT

The Court enters final judgment dismissing plaintiff's claims without prejudice.

ORDERED this ____15____ day of ____Feb____, 2002.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE